AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| PRIDA IMPORT & EXPORT, LLC, a Florida Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>LATIN BRANDS, LLC, a Florida Limited Liability Company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:26-cv-23466-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LATIN BRANDS, LLC
c/o Guillermo Torres, Registered Agent
255 Alhambra Circle
Suite 500
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jorge Espinosa, Esq.
Gray Robinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:    May 18, 2026

*Deputy Clerk*
*U.S. District Courts*

Angela E. Noble
Clerk of Court